**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN DARRIN RICHARDSON JR, <br><br> Plaintiff, <br> vs. <br> RICHARD ORTIZ, et al., <br><br> Defendants. | Case No.  1:21-cv-00966 AWI JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE <br> (Doc. 9) |

The parties have stipulated to the action being dismissed without prejudice and with each side to bear their own fees and costs.  (Doc. 9) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **July 26, 2021**          _ **/s/ Jennifer L. Thurston**
                              CHIEF UNITED STATES MAGISTRATE JUDGE