# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN DARRIN RICHARDSON JR,<br><br>    Plaintiff,<br>vs.<br><br>RICHARD ORTIZ, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00996 AWI JLT<br><br>AMENDED ORDER DIRECTING THE CLERK OF COURT TO REOPEN THIS CASE AND TO CLOSE THIS CASE AS TO PENSKE TRUCK LEASING COMPANY ONLY<br>(Doc. 9) |

The parties have stipulated to the action being dismissed without prejudice **as to Penske Truck Leasing Co. only** and with each side to bear their own fees and costs. (Doc. 9) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to reopen this case and to close this action as **Penske Truck Leasing Co. only**.

IT IS SO ORDERED.

   Dated:   **July 27, 2021**              **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE