# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN DARRIN RICHARDSON, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD ORTIZ, et al.,<br><br>  Defendants. | Case No.: 1:21-cv-00966-AWI-BAK (EPG)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 18) |

The parties report they have come to terms of settlement. (Doc. 18.) They indicate that they are working on a settlement agreement and request to have 30 days to file the agreement. (Id.) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 21, 2022**;
2. All pending dates, conferences and hearings are **VACATED**.

IT IS SO ORDERED.

Dated:  **February 15, 2022**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE