**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN DARRIN RICHARDSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ORTIZ, et al., <br><br> Defendants. | Case No.: 1:21-cv-00966-AWI-BAK (EPG) <br><br> ORDER CLOSING THE CASE <br><br> (ECF No. 20) |

The parties have stipulated to the action being dismissed with prejudice. (ECF No. 20). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: __March 22, 2022__              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE